| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEVADA | |
| Case number (if known) _____  Chapter  11 | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Nevada Wine Cellars, Inc. |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-1303638 |
| 4. | Debtor's address | **Principal place of business** <br><br> 3810 Winery Road <br> Pahrump, NV 89048 <br> Number, Street, City, State & ZIP Code <br><br> Nye <br> County | **Mailing address, if different from principal place of business** <br><br> 7582 Las Vegas Blvd., Ste. 484 <br> Las Vegas, NV 89123 <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> 3810 Winery Road Pahrump, NV 89048 <br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.pahrumpwinery.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **Nevada Wine Cellars, Inc.**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2084__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **Nevada Wine Cellars, Inc.**                                    Case number (*if known*)
           Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Quicker Liquor LLC | Relationship | Parent |
|---|---|---|---|
| District | District of Nevada | When 1/31/22 | Case number, if known | 22- |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                          Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  Nevada Wine Cellars, Inc.  Case number (*if known*) _____
       Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Nevada Wine Cellars, Inc.
        Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/31/2022
              MM / DD / YYYY

X _____         Kathy Trout
Signature of authorized representative of debtor    Printed name

Title   Secretary, Treasurer

**18. Signature of attorney**

X _____         Date   1/31/22
Signature of attorney for debtor                   MM / DD / YYYY

Matthew C. Zirzow 7222
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone  702-382-1170    Email address  mzirzow@lzlawnv.com

7222 NV
Bar number and State

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF NEVADA WINE CELLARS, INC., a Nevada corporation

The undersigned, being all of the members of the Board of Directors of NEVADA WINE CELLARS, INC., a Nevada corporation (the "Company"), hereby approves and adopts the following resolutions effective as of January 29, 2022:

WHEREAS, the Company, having determined that in its judgment, and upon the advice of counsel, that it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under the chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

BE IT THEREFORE RESOLVED, the Company shall file a voluntary petition for relief under chapter 11, Subchapter V of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") and take all steps necessary thereto, and the Company is authorized to employ Larson & Zirzow, LLC to represent it in the proceeding as bankruptcy counsel, and to employ Timothy Elson as special counsel.

BE IT FURTHER RESOLVED, that Kathy Trout (the "Authorized Person") shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition, schedules, and any amendments thereto under chapter 11 of the Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court as soon as she shall determine, and take all other reasonable steps thereafter in such bankruptcy case, including without limitation the filing and confirmation of a plan of reorganization.

BE IT FURTHER RESOLVED, that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

BE IT FURTHER RESOLVED that any and all past actions taken by the Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, hereby approve the foregoing.

NEVADA WINE CELLARS, INC.,
a Nevada corporation:

By: _____
John Hobbs, President

By: _____
Kathy Trout, Secretary and Treasurer

**Fill in this information to identify the case:**

Debtor name   Nevada Wine Cellars, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/31/2022         X  /s/ Kathy Trout
                                   Signature of individual signing on behalf of debtor

                                   Kathy Trout
                                   Printed name

                                   Secretary, Treasurer
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Nevada Wine Cellars, Inc.
United States Bankruptcy Court for the: DISTRICT OF NEVADA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lease Administration Center<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 63-6488<br>Cincinnati, OH 45263-6480 | | Lease of Enofoss wine making instrument and software | | | | $27,510.57 |
| Nye County Treasurer<br>Attn: John W. Prudhont<br>P.O. Box 473<br>Tonopah, NV 89049 | | | | | | $9,135.43 |

## United States Bankruptcy Court
### District of Nevada

In re  Nevada Wine Cellars, Inc.                                      Case No.  _____
                                    Debtor(s)                         Chapter   __11_____

## VERIFICATION OF CREDITOR MATRIX

I, the Secretary, Treasurer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __1-31-2022__                    _____/s/ K Trout_____
                                        Kathy Trout/Secretary, Treasurer
                                        Signer/Title

Nevada Wine Cellars, Inc.
7582 Las Vegas Blvd., Ste. 484
Las Vegas, NV 89123

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

AT&T
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 5014
Carol Stream, IL 60197-5014

Clear Channel
Attn: Bankruptcy Dept/Managing Age
P.O. Box 742025
Los Angeles, CA 90074

Fed Ex
U.S. Collections Department
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7221
Pasadena, CA 91109

John Hobbs
7582 LAS VEGAS BLVD SOUTH 484
Las Vegas, NV 89123

Kathy Trout
7582 LAS VEGAS BLVD SOUTH 48
Las Vegas, NV 89123

Kubota Credit Corporation
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 0559
Carol Stream, IL 60132-0559

Lease Administration Center
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 63-6488
Cincinnati, OH 45263-6480

Midwest Family Mutual
Attn: Bankruptcy Dept/Managing Age
3033 Campus Dr., Ste. #195
Minneapolis, MN 55441

Nye County Treasurer
Attn: John W. Prudhont
P.O. Box 473
Tonopah, NV 89049

Open Table
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 101861
Pasadena, CA 91189

Prudential Overall Supply
Attn: Bankruptcy Dept. / Managing A
P.O. Box 11210
Santa Ana, CA 92711-1210

Sharon Cahlan Family Trust
c/o Sharon Cahlan, Trustee
2280 Nye Rd.
Pahrump, NV 89048

Toast
Attn: Bankruptcy Dept/Managing Agent
401 Park Dr., Ste. 801
Boston, MA 02215

U.S. Foods
Attn: Bankruptcy Dept/Managing Age
1685 W. Cheyenne Ave.
North Las Vegas, NV 89032

Web Bank
c/o Toast Capital LLC
Attn: Bankruptcy/Managing Agent
401 Park Drive, Ste. 801
Boston, MA 02215

William Loken

AmTrust North America
Attn: Bankruptcy Dept/Managing Age
P.O. Box 6939
Cincinnati, OH 45263

Kubota Credit Corp. U.S.A.
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 2046
Grapevine, TX 76099

Kubota Credit Corporation, U.S.A.
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 894717
Los Angeles, CA 90189-4717

Lease Administration
Attn: Bankruptcy Dept/Managing Age
P.O> Box 63-6488
Cincinnati, OH 45263

Wells Fargo Bank, NA
Attn: Bankruptcy Dep't/Managing Agentttt
P.O. Box 659713
San Antonio, TX 78265

JEH NV Investments, Inc.
7582 Las Vegas Blvd. South, #484
Las Vegas, NV 89123